ISRAEL FREIDUS, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Motion to require the appellant to correct the record on appeal and to strike the appeal from the calendar of the March term of this court granted. The respondent is relieved from its stipulation of certification and the appellant is required to correct the record so that it will conform to the state that it was in when it was before the county judge of Nassau county. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

COGWILL LAND Co., INC., Respondent, v. ARTHUR H. HAAREN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

THOMAS B. COLUMBIA, Respondent, v. GEORGE C. LEE and Others, as Copartners Doing Business as LEE, HIGGINSON & Co., Appellants.— Motion for an extra allowance denied. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

COMMERCIAL CREDIT CORPORATION, Appellant, v. MAXWELL ORNSTEIN, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

FEDERAL REPUBLICAN CLUB OF KINGS COUNTY, Appellant, v. MERTON H. WILPON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

MARIA FIORE, Appellant, v. THE PARAISO REALTY CORPORATION, Respondent. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

INTERBORO OPERATING CORPORATION, Respondent, v. COMMONWEALTH SECURITY AND MORTGAGE CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Should the defendant's motion to cancel the notice of pendency of action have been granted? Stay continued. Present — Hagarty, Carswell, Tompkins and Davis, JJ. [See ante, p. 626.]

In the Matter of the Application of SAMUEL BASS, Appellant, for an Order of Prohibition against PETER B. HANSON, a Justice of the Domestic Relations Court of the City of New York, etc., and ETHEL BASS, Respondents.— Motion to dismiss appeal granted and appeal dismissed. The appellant has a remedy by an appeal from the order, or by other proceedings to declare it invalid on the ground that the court was without jurisdiction. Present — Hagarty, Carswell, Tompkins and Davis, JJ.